DATE: 12-21-06

LOCATION: WPB Resident Office

# CONSENT TO SEARCH

I, _Adam Vitale_, have been informed of my constitutional right not to have a search made of the premises and/or automobile mentioned without a search warrant.

I have also been informed of my right to refuse to consent to such a search. However, I hereby authorize _SA Tim Sturgell_ and _SA Mike Fagan_, _Special Agent - U.S. Secret Service_
Titles of Officers or Agents and Names of Agency

to conduct a complete search of the premises and/or automobile at

_10 Crossings Circle H, Boynton Beach, Florida_.

These (officers or agents) are authorized by me to take from the premises and/or automobile any letters, papers, materials or other property which is contraband or evidence in the nature of

_Computer Crimes_. I understand that this contraband or evidence may be used against me in a court of law.

This written permission is being given by me to the above named persons voluntarily and without threats, duress, or promises of any kind. I understand that I may ask for and receive a receipt for all things taken.

Signature of Witnesses:

_SA Tim Sturgell_

Signature of Consentor:

_[signature]_

This form is not subject to the requirements of P.L. 104-13, "Paperwork Reduction Act of 1995." 44 USC, Chapter 35.
UNITED STATES SECRET SERVICE
This form was electronically produced via OmniForm by USSS/ADMIN/MNO/PARS
SSF 1922 (02/2001)

41